IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NICHOLAS HENRY RADY, §
§
Plaintiff, §
§
v. § No. 3:26-cv-01247-X (BT)
§
CITY OF FARMERS BRANCH, §
*et al.* §
§
Defendants. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's motions for leave to proceed *in forma pauperis* (Docs. 4 & 8) are **DENIED**.

Plaintiff must pay the full $405.00 filing fee within **fifteen days** of this order, or his case will be dismissed without prejudice and without further notice under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

June 9, 2026.

1

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE